AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| EUGENE C PASQUALE <br> *Plaintiff* <br> v. <br> Michael S. Hunt, Janalie A Henriques, Donald Sherrill <br> *Defendant* | Civil Action No. CV11-04299 PSG |

ADR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Michael S Hunt, General Partner
  151 Bernal Rd, Suite 8
  San Jose, CA 95119-1306


A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Eugene C Pasquale
1720 Grace Ave.
San Jose, CA 95125


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Tiffany Salinas-Harwell

Date: SEP - 1 2011  _____

*Signature of Clerk or Deputy Clerk*