Eugene C Pasquale
1720 Grace Avenue
San Jose, Ca. 95125
Telephone: 408.758.8501
gpasquale1@att.net
*Pro Se*

FILED
2011 SEP -1  A 11: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EUGENE C PASQUALE,            )
                              )
        PLAINTIFF,             )   Case No. 5-11-cv-04299-PSG
                              )
   vs.                         )
                              )   **MOTION FOR PERMISSION**
CITIBANK (SOUTH DAKOTA), N.A., A )  **FOR ELECTRONIC CASE**
                              )   **FILING**
CORPORATION; HUNT & HENRIQUES,  )
                              )   Judge: Honorable Paul S. Grewal
A general partnership; MICHAEL SCOTT )
                              )
HUNT, JANALIE ANN HENRIQUES,    )
                              )
DONALD SHERRILL, individually and in )
                              )
their official capacity;        )
                              )
        DEFENDANTS.             )
                              )

   As the Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

3. I have regular access to the technical requirements necessary to e-file successfully:

_x_ A computer with internet access;

_x_ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

_x_ A scanner to convert documents that are only in paper format into electronic files;

_x_ A printer or copier to create to create required paper copies such as chambers copies;

_x_ A word-processing program to create documents; and

_x_ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 8-1-11

Respectfully submitted,

*(signature)*

Eugene C Pasquale
Plaintiff Pro Se
1720 Grace Ave.,
San Jose, CA 95125
408 758-8501