**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| EUGENE C. PASQUALE, | ) | Case No.: C 11-4299 PSG |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING** |
| v. | ) | **HEARING DATE** |
| CITIBANK (SOUTH DAKOTA) N.A., et al., | ) | **(Re: Docket No. 16)** |
| Defendants. | ) | |

The hearing on Defendants' motion for summary judgment (Docket No. 16) is hereby

CONTINUED to November 8, 2011 at 10:00 a.m.


Dated: 10/25/2011

_____

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-4299
ORDER